**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
Eastern District of New York (State)

Case number (If known): _____  Chapter 7

☐ Check if this is an amended filing

CLERK
U.S. BANKRUPTCY
EASTERN DISTRICT OF NEW YORK
2025 APR -8 A 9:04

Official Form 205

# Involuntary Petition Against a Non-Individual

12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

## Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

1. **Chapter of the Bankruptcy Code**

   Check one:
   ☑ Chapter 7
   ☐ Chapter 11

## Part 2: Identify the Debtor

2. **Debtor's name**: Sharestates Inc

3. **Other names you know the debtor has used in the last 8 years**

   Include any assumed names, trade names, or *doing business as* names.

4. **Debtor's federal Employer Identification Number (EIN)**
   ☑ Unknown
   EIN __ __ - __ __ __ __ __ __ __

5. **Debtor's address**

   **Principal place of business**
   8 Bond St
   Number   Street
   Suite 100
   Great Neck   NY   11021
   City   State   ZIP Code

   Nassau
   County

   **Mailing address, if different**
   Number   Street
   P.O. Box
   City   State   ZIP Code

   **Location of principal assets, if different from principal place of business**
   Number   Street

   City   State   ZIP Code

Official Form 205        Involuntary Petition Against a Non-Individual        page 1

Debtor  __Sharestates Inc__                                    Case number (if known)_____
         Name

| | | |
|---|---|---|
| 6. | Debtor's website (URL) | www.sharestates.com |

| | | |
|---|---|---|
| 7. | Type of debtor | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other type of debtor. Specify: _____ |

| | | |
|---|---|---|
| 8. | Type of debtor's business | *Check one:*<br>☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))<br>☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))<br>☐ Railroad (as defined in 11 U.S.C. § 101(44))<br>☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))<br>☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))<br>☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))<br>☒ None of the types of business listed.<br>☐ Unknown type of business. |

| | | |
|---|---|---|
| 9. | To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor? | ☒ No<br>☐ Yes. Debtor _____ Relationship _____<br>       District _____ Date filed _____ Case number, if known _____<br>                                        MM / DD / YYYY<br><br>       Debtor _____ Relationship _____<br>       District _____ Date filed _____ Case number, if known _____<br>                                        MM / DD / YYYY |

## Part 3: Report About the Case

| | | |
|---|---|---|
| 10. | Venue | *Check one:*<br>☒ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district. |
| 11. | Allegations | Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).<br>The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).<br><br>*At least one box must be checked:*<br>☒ The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.<br>☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession. |
| 12. | Has there been a transfer of any claim against the debtor by or to any petitioner? | ☒ No<br>☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a). |

Debtor __Sharestates Inc__   Case number (if known) _____
      Name

### 13. Each petitioner's claim

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| Steven Ammann | Rule 11 sanctions | $ 42,414.01 |
|  |  | $ |
|  |  | $ |
|  | Total of petitioners' claims | $ 42,414.01 |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

## Part 4: Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**

Name and mailing address of petitioner

__Steven Ammann__
Name

__1100 Brickell Bay Dr APT 62M__
Number  Street

__MIAMI__  __FL__  __33131__
City    State   ZIP Code

Name and mailing address of petitioner's representative, if any

_____
Name

_____
Number  Street

_____
City    State   ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __04/04/2025__
            MM / DD / YYYY

X __[signature]__
Signature of petitioner or representative, including representative's title

**Attorneys**

_____
Printed name

_____
Firm name, if any

_____
Number  Street

_____
City    State   ZIP Code

Contact phone _____ Email _____

Bar number _____

State _____

X _____
Signature of attorney

Date signed _____
            MM / DD / YYYY

Official Form 205      Involuntary Petition Against a Non-Individual      page 3

Debtor _____        Case number *(if known)*_____
                Name

**Name and mailing address of petitioner**

_____
Name

_____
Number   Street

_____
City                State         ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number   Street

_____
City                State         ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
              MM / DD / YYYY

✘ _____
Signature of petitioner or representative, including representative's title

_____
Printed name

_____
Firm name, if any

_____
Number   Street

_____
City             State       ZIP Code

Contact phone _____  Email _____

Bar number   _____

State        _____

✘ _____
Signature of attorney

Date signed _____
              MM / DD / YYYY

---

**Name and mailing address of petitioner**

_____
Name

_____
Number   Street

_____
City                State         ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number   Street

_____
City                State         ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
              MM / DD / YYYY

✘ _____
Signature of petitioner or representative, including representative's title

_____
Printed name

_____
Firm name, if any

_____
Number   Street

_____
City             State       ZIP Code

Contact phone _____  Email _____

Bar number   _____

State        _____

✘ _____
Signature of attorney

Date signed _____
              MM / DD / YYYY

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------

In re:

    SHARESTATES, INC.,                    Case No. _____
                                    Chapter 7
    Alleged Debtor.

-----------------------------------------------------------

INVOLUNTARY PETITION UNDER CHAPTER 7
(Filed Pursuant to 11 U.S.C. § 303(b)(2) and Official Form 205)

1. Petitioner, Steven Ammann ("Petitioning Creditor"), respectfully files this Involuntary Petition against Sharestates, Inc. ("Alleged Debtor") pursuant to 11 U.S.C. § 303(b)(2), and states as follows:

2. The Petitioning Creditor is an individual with a claim against the Alleged Debtor in the amount of $ 42,414.01, which is not contingent as to liability, is not the subject of a bona fide dispute as to liability or amount, and is not subject to any setoff. Nature of Claim: Court-ordered attorneys' fees awarded as Rule 11 sanctions in case Ammann v. Sharestates, Inc., Case No. 2:21-cv-02766 (E.D.N.Y.). A copy of the Order is attached as Exhibit A.

3. The Alleged Debtor is a for-profit corporation with its principal place of business at:

Sharestates, Inc.
8 Bond Street, Suite 100
Great Neck, NY 11021

4. Upon information and belief, the Alleged Debtor has fewer than twelve (12) creditors, excluding employees, insiders, and any transferees of claims that were transferred for the purpose of invoking 11 U.S.C. § 303(b)(1).

5. The amount of the Petitioning Creditor's unsecured claim exceeds $21,050, the minimum amount required under 11 U.S.C. § 303(b)(2), as adjusted by the Judicial Conference effective April 1, 2025.

6. The Alleged Debtor is generally not paying its debts as they become due, including the debt owed to the Petitioning Creditor and others, indicating insolvency and the need for Chapter 7 relief.

Supporting facts include:

On March 20, 2025, CEO Allen Shayanfekr submitted a declaration in Ammann v. Sharestates, Case No. 2:21-cv-02766 (ECF No. 146), admitting Sharestates lacks the resources to comply

with a court order due to staff reductions, financial losses, and inability to pay IT or accounting professionals. This declaration is attached as Exhibit B.

On December 9, 2024, Sharestates' own legal counsel, Greenberg Traurig, withdrew from Sharestates v. Maddali, Case No. 2:24-cv-00812 (E.D.N.Y.), citing nonpayment of legal bills. The amount due to Greenberg Traurig is roughly $250,000. See ECF No. 76, attached as Exhibit C.

In Ammann v. Sharestates, the Court issued Rule 11 sanctions based on a frivolous counterclaim filed by Sharestates. The Court found the counterclaim to be retaliatory and without merit. The Order awarding $42,414.01 is attached as Exhibit A.

Petitioner has also filed a separate federal lawsuit against Sharestates and its board members (Case No. 2:24-cv-06586) asserting claims including civil RICO violations, fraud, and abuse of process. This pending action further demonstrates ongoing misconduct and financial instability. A copy of the RICO complaint is attached as Exhibit D.

7.  Venue is proper in this District under 28 U.S.C. § 1408, as the Alleged Debtor maintains its principal place of business in the Eastern District of New York.

WHEREFORE, the Petitioning Creditor respectfully requests that the Court enter an Order for Relief under Chapter 7 of the Bankruptcy Code against Sharestates, Inc.

Dated: April 4, 2025

*[signature]*

/s/ Steven Ammann
Steven Ammann, Petitioning Creditor
1100 Brickell Bay Dr APT 62M, Miami, FL 33131
845-721-0571
stevenammannlegal@gmail.com

Steven Ammann
1100 Brickell Bay Dr, Apt 62M
Miami, FL 33231
845-721-0571
stevenammannlegal@gmail.com

April 4, 2025

Clerk of the Court
United States Bankruptcy Court
Eastern District of New York
Alfonse M. D'Amato Federal Courthouse
290 Federal Plaza
Central Islip, NY 11722

RE: Involuntary Chapter 7 Petition Against Sharestates, Inc.

Dear Clerk of the Court,

Enclosed for filing please find the following documents in connection with an involuntary Chapter 7 bankruptcy proceeding pursuant to 11 U.S.C. § 303(b)(2), filed against Sharestates, Inc.:

Involuntary Petition (Official Form 205) with supporting narrative

Emergency Motion for Expedited Consideration of Involuntary Petition

Certificate of Service

Filing fee money order in the amount of $338.00, made payable to: "Clerk, U.S. Bankruptcy Court"

If there are any deficiencies or questions, I can be reached at 845-721-0571 or via email at stevenammannlegal@gmail.com

Thank you for your time and attention to this matter.

Sincerely,

/s/ Steven Ammann
Steven Ammann
Petitioning Creditor